AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

KEVIN HURLEY

V.

RANGELEY LAKE DEVELOPMENT
CO., LLC, PAUL PECK AND
PERRY D. WILLIAMS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11892 NG

TO: (Name and address of Defendant)

RANGELEY LAKE DEVELOPMENT CO., LLC
190 RIVERSIDE STREET
PORTLAND, ME 04103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD C. CHAMBERS, JR.
CHAMBERS LAW OFFICES
855R BROADWAY, SUITE 101
SAUGUS, MA 01906

an answer to the complaint which is served on you with this summons, within   twenty   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    AUG 30 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/3/04 |
| NAME OF SERVER (PRINT) Richard C Chambers, Jr | TITLE | Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Via Certified Mail, return receipt requested to Langley Lyle Development Co., LLC 116 Riverside St. Portland, ME 04105 In accordance with Fed.R.Civ.P.P. 4(e)(1) and M.G.L.C. 223A

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/27/04
Date

Signature of Server: Richard C. Chambers, Jr.

Address of Server: 855 K Broadway Suite 1A
Saugus, MA 01906

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
District of Massachusetts

CIVIL ACTION NO. 04-11892-NG

| | |
|---|---|
| KEVIN HURLEY, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>RANGELEY LAKE DEVELOPMENT )<br>CO., LLC, PAUL PECK, & )<br>PERRY D. WILLIAMS )<br> ) | AFFIDAVIT OF RICHARD C.<br>CHAMBERS, JR., ESQUIRE<br>IN SUPPORT OF PLAINTIFF'S<br>PROOF OF SERVICE |

I, Richard C. Chambers, Jr., do hereby depose and say of my own personal knowledge that:

1. I am an attorney, duly licensed to practice law in the Commonwealth of Massachusetts.

2. I am duly licensed to practice law in the United States District Court for the District of Massachusetts.

3. I was retained as co-counsel by the above named Plaintiff in connection with filing a Complaint against the above named Defendants.

4. On August 27, 2004 said Complaint was filed with the United States District Court, District of Massachusetts via Express Mail.

5. On December 8, 2004 I served a true copy of the Summons, Complaint, Civil Cover Sheet, and Category Sheet upon Defendant Rangeley Lake Development Company, LLC, 190 Riverside Street, Portland, ME 04103, LLP via Certified Mail, Return Receipt Requested (Article Number 7002-3150-0001-5439-5535), in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and M.G.L. c. 223A. A copy of the Certified Mail receipt is attached hereto.

6. On December 13, 2004 a person with the authority to sign on behalf of Rangeley Lake Development Company, LLC, 190 Riverside Street, Portland, ME 04103, upon information and belief a "Dawn Cyr," signed for the above referenced documents, and a copy of the return receipt is attached hereto.

Signed under the pains and penalties of perjury this twenty-third (23) day of December, 2004.

_____
Richard C. Chambers, Jr.

