AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

KEVIN HURLEY

V.

RANGELEY LAKE DEVELOPMENT
CO., LLC, PAUL PECK AND
PERRY D. WILLIAMS

**SUMMONS IN A CIVIL ACTION**

# 04  11892 NG

CASE NUMBER:

TO: (Name and address of Defendant)

MR. PAUL E. PECK
DRUMMOND & DRUMMOND, LLP
ONE MONUMENT WAY
PORTLAND, ME 04101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD C. CHAMBERS, JR.
CHAMBERS LAW OFFICES
855R BROADWAY, SUITE 101
SAUGUS, MA 01906

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/8/04 | |
| NAME OF SERVER (PRINT) Richard C Chambers, Jr | TITLE Counsel for Plaintiff | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Via certified mail, return receipt requested to Paul E Peck, Drummond & Drummond LLP, One monument Way Portland, ME 04101 in accordance with Fed.R.Civ.P. 4(e)(1) and M.G.L.c 223A

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/23/04     _____
           Date               Signature of Server

                    855R Broadway Suite 101
                    Address of Server   Saugus, MA 01906

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CIVIL ACTION NO. 04-11892-NG**

| | |
|---|---|
| **KEVIN HURLEY,**<br>    Plaintiff )<br> )<br> )<br>v. )<br> )<br>**RANGELEY LAKE DEVELOPMENT** )<br>**CO., LLC, PAUL PECK, &** )<br>**PERRY D. WILLIAMS** )<br> ) | **AFFIDAVIT OF RICHARD C.<br>CHAMBERS, JR., ESQUIRE<br>IN SUPPORT OF PLAINTIFF'S<br>PROOF OF SERVICE** |

I, Richard C. Chambers, Jr., do hereby depose and say of my own personal knowledge that:

1. I am an attorney, duly licensed to practice law in the Commonwealth of Massachusetts.

2. I am duly licensed to practice law in the United States District Court for the District of Massachusetts.

3. I was retained as co-counsel by the above named Plaintiff in connection with filing a Complaint against the above named Defendants.

4. On August 27, 2004 said Complaint was filed with the United States District Court, District of Massachusetts via Express Mail.

5. On December 8, 2004 I served a true copy of the Summons, Complaint, Civil Cover Sheet, and Category Sheet upon Defendant Paul E. Peck, Drummond & Drummond LLP, One Monument Way, Portland, ME 04101 via Certified Mail, Return Receipt Requested (Article Number 7002-3150-0001-5439-5542), in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and M.G.L. c. 223A. A copy of the Certified Mail receipt is attached hereto.

6. On December 13, 2004 a person with the authority to sign on behalf of Paul E. Peck, Drummond & Drummond LLP, One Monument Way, Portland, ME 04101, upon information and belief a "Kari O'Brien," signed for the above referenced documents, and a copy of the return receipt is attached hereto.

Signed under the pains and penalties of perjury this twenty-third (23) day of December, 2004.

_____
Richard C. Chambers, Jr.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PORTLAND, ME 04101

| | | |
|---|---|---|
| Postage | $ | 1.29 |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | 1.75 |
| Total Postage & Fees | $ | 5.34 |

INIT ID: 0109
Clerk: JFD

Sent To
Mr. Paul E. Peck
Drummond & Drummond, LLP
One Monument Way
Portland, ME 04101

PS Form 3800, June 2002    See Reverse for Instructions

7002 3150 0001 5439 5542

---

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Paul E. Peck
Drummond & Drummond, LLP
One Monument Way
Portland, ME 04101

0411892NC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Kari O'Brien   C. Date of Delivery 12-13-04

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0001 5439 5542

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540