**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KEVIN HURLEY,                                    )
                                                 )
     Plaintiff,                            )
                                                 )
v.                                               )    CIVIL ACTION NO. 04-11892-NG
                                                 )
RANGELEY LAKE DEVELOPMENT CO., LLC,              )
PAUL PECK, and PERRY D. WILLIAMS,                )
                                                 )
     Defendants.                           )

**NOTICE OF CONFLICTING COURT APPEARANCES**

Pursuant to Local Rule 40.2(d), the undersigned notifies the Court of the following conflicting court appearances:

**A.    CASES INVOLVED**

    1.    Wendy Green Wolf v. Bertera Chevrolet, Oldsmobile, Pontiac, Buick, Inc., et al., Civil Action Docket No. 03-187 ("Wolf v. Bertera")

    2.    Kevin Hurley v. Rangeley Lake Development Co., LLC, et al., Civil Action Docket No. 04-11892-NG ("Hurley v. Rangeley Lake").

**B.    SCHEDULED PROCEEDINGS**

    1.    Wolf v. Bertera:  Hearing on Defendants' motions for summary judgment scheduled for 2:00 p.m., Monday, July 25, 2005 in Northampton.

    2.    Hurley v. Rangeley Lake:  Scheduling Conference scheduled for 3:30 p.m., Monday, July 25, 2005, in Boston.

**C.    BRIEF STATEMENT OF PRECEDENCE**

Under Local Rule 40.2(d)(5), the hearing scheduled in Wolf v. Bertera would appear to have precedence in that it has the earlier docket number.

Dated:  July 18, 2005

Respectfully submitted,


_____/s/ Roy T. Pierce_____
Roy T. Pierce, BBO# 562811
Attorney for Defendants

PRETI FLAHERTY BELIVEAU PACHIOS & HALEY LLP
One City Center, P. O. Box 9546
Portland, ME  04112-9546
(207) 791-3000
rpierce@preti.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**PAUL L. KENNY, ESQUIRE**

mma63@msn.com

**RICHARD C. CHAMBERS, JR., ESQUIRE**

richard@chamberslawoffice.com

    /s/ Roy T. Pierce
Roy T. Pierce
PRETI, FLAHERTY, BELIVEAU, PACHIOS &
HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Tel: (207) 791-3000
Fax: (207) 791-3111

1040202.1