# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   04cv11892NG

   Title:   Hurley v. Rangeley Lake Development Co., et al

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge   Gertner   has been transferred to Judge   Lindsey   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials RCL      .

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ JENNIFER FILO
Deputy Clerk

Date:   8/31/2005

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)